■ In the Matter of WILLIAM J. PEVERLY, as Chief of Police of Village of East Syracuse, Appellant, v VILLAGE OF EAST SYRACUSE et al., Respondents. [661 NYS2d 819] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Tormey, III, J. (Appeal from Judgment of Supreme Court, Onondaga County, Tormey, III, J.—CPLR art 78.) Present—Green, J. P., Pine, Lawton, Callahan and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS M. LAMB, Appellant. [661 NYS2d 582] —Judgment unanimously affirmed (*see, People v Kukavica,* 207 AD2d 968). (Appeal from Judgment of Cayuga County Court, Contiguglia, J.—Assault, 2nd Degree.) Present—Lawton, J. P., Callahan, Doerr, Balio and Boehm, JJ.